Archer and Archer v. City of Clairton, Appellant.

Argued November 13, 1929.

Before Porter, P. J., Trexler, Keller, Linn, Gawthrop, Cunningham and Baldrige, JJ.

580

*Charles A. Lewis,* for appellant.

*George S. Goldstein,* and with him *Norman Gluck,* for appellees.

582

PER CURIAM, December 12, 1929:

The judgments are affirmed on the opinion filed by Judge MARTIN of the court of common pleas of Allegheny County, in refusing the motion for a new trial.